Certificate Number: 17572-PAE-DE-038134120

Bankruptcy Case Number: 19-11763



17572-PAE-DE-038134120

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2024, at 8:58 o'clock AM PST, Richard A Ressler Jr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 27, 2024

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor