Certificate Number: 17572-PAE-DE-038134119

Bankruptcy Case Number: 19-11763



17572-PAE-DE-038134119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2024, at 8:58 o'clock AM PST, Carol L Ressler completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 27, 2024                By:   /s/Kelly Faulks

                                        Name: Kelly Faulks

                                        Title: Counselor