United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-11763-pmm
Richard A. Ressler, Jr. Chapter 13
Carol L. Ressler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Feb 21, 2024      Form ID: 138OBJ      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Ressler, Jr., Carol L. Ressler, 2614 English Ivy Rd, Nazareth, PA 18064-1476 |
| 14335398 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14339411 | | AMERIHOME MORTGAGE COMPANY, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14312802 | + | Altantic (Midland Funding), PO Box 13386, Roanoke, VA 24033-3386 |
| 14560186 | + | AmeriHome Mortgage Company, LLC, c/o Daniel P. Jones, Esq., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14560043 | + | AmeriHome Mortgage Company, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg,PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14339753 | | AmeriHome Mortgage Company, LLC, c/o Mario J. Hanyon, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14293165 | + | David J. Apothaker, Esquire, Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14293166 | + | Frederic I. Weinberg, Esquire, Law Office of Frederic I. Weinberg, 375 E. Elm Street, Conshohocken, PA 19428-1973 |
| 14293674 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 22 2024 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 22 2024 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14312801 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Bank, PO Box 13625, Philadelphia, PA 19101-3625 |
| 14324382 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14312803 | ^ | MEBN | Feb 22 2024 00:50:23 | AmeriHome Mortgage, PO Box 77404, Trenton, NJ 08628-6404 |
| 14310178 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14293163 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14312806 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2024 00:51:00 | Barclay's, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14312807 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2024 00:51:00 | Boscov's, P.O. Box 659622, San Antonio, TX 78265 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14324609 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 22 2024 00:51:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14312812 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 22 2024 00:51:00 | Citizens One, PO Box 42002, Providence, RI 02940 |
| 14312808 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2024 01:08:20 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14303639 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2024 01:08:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14327712 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 01:08:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14301943 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2024 00:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14293164 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2024 00:51:00 | Cavalry SPV I, LLC, As Assignee of Citibank, N.A., 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14312600 | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 00:51:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14306751 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 22 2024 00:51:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14312814 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 00:51:00 | Department of Treasury, IRS, PO Box 7346, Phildelaphia, PA 19101-7346 |
| 14312815 | + | Email/Text: mrdiscen@discover.com | Feb 22 2024 00:51:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14296349 | | Email/Text: mrdiscen@discover.com | Feb 22 2024 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14312816 | + | Email/Text: crdept@na.firstsource.com | Feb 22 2024 00:51:00 | First Source, 205 Bryantwood South, Buffalo, NY 14228-3609 |
| 14632801 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 22 2024 00:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14312818 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:02 | JC Penny, 6501 Legacy Drive, Plano, TX 75024-4161 |
| 14312810 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2024 00:55:02 | Chase, PO Box 1423, Charlotte, NC 28201 |
| 14312811 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2024 01:08:20 | Chase Visa, 270 Park Avenue, New York, NY 10017 |
| 14312819 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2024 00:51:00 | Kohl's Department Store, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14312820 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:14 | Lowe's, PO BOX 530914, Atlanta, GA 30353-0914 |
| 14312821 | ^ | MEBN | Feb 22 2024 00:50:29 | Mercantile, PO Box 9055, Buffalo, NY 14231-9055 |
| 14333251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 01:08:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14312822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 01:08:20 | Sears Master Card, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14330385 | + | Email/Text: bncmail@w-legal.com | Feb 22 2024 00:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14312823 | + | Email/Text: bncmail@w-legal.com | Feb 22 2024 00:51:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |

Case 19-11763-pmm    Doc 63    Filed 02/23/24    Entered 02/24/24 00:36:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| 14312824 | + | Email/Text: BAN1418@UCBINC.COM | Feb 22 2024 00:51:00 | United Collection, PO Box 1418, Maumee, OH 43537-8418 |
|---|---|---|---|---|
| 14312825 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:15 | Walmart/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14312805 | *+ | Bank of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14312809 | *+ | Cavalry SPV I, LLC, As Assignee of Citibank, N.A., 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14312813 | *+ | David J. Apothaker, Esquire, Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14312817 | *+ | Frederic I. Weinberg, Esquire, Law Office of Frederic I. Weinberg, 375 E. Elm Street, Conshohocken, PA 19428-1973 |
| 14312804 | ##+ | Atlantic, PO Box 13386, Roanoke, VA 24033-3386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| MARIO J. HANYON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Joint Debtor Carol L. Ressler usbcglazer@gmail.com |
| ROBERT GLAZER | on behalf of Debtor Richard A. Ressler  Jr. usbcglazer@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 45

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard A. Ressler, Jr. and Carol L. Ressler

        Debtor(s)

Case No: 19−11763−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/24