United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard A. Ressler, Jr.  
Carol L. Ressler  
    Debtors

Case No. 19-11763-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2024 | Form ID: 3180W | Total Noticed: 16 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard A. Ressler, Jr., Carol L. Ressler, 2614 English Ivy Rd, Nazareth, PA 18064-1476 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Mar 16 2024 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 16 2024 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14324382 | EDI: GMACFS.COM | Mar 16 2024 04:32:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14310178 | + EDI: BANKAMER2 | Mar 16 2024 04:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14324609 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 16 2024 00:32:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14303639 | + EDI: AIS.COM | Mar 16 2024 04:32:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14327712 | Email/PDF: bncnotices@becket-lee.com | Mar 16 2024 00:45:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14301943 | + Email/Text: bankruptcy@cavps.com | Mar 16 2024 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14312600 | + Email/Text: RASEBN@raslg.com | Mar 16 2024 00:32:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14306751 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 16 2024 00:32:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14312814 | EDI: IRS.COM | Mar 16 2024 04:32:00 | Department of Treasury, IRS, PO Box 7346, Phildelaphia, PA 19101-7346 |
| 14296349 | EDI: DISCOVER | Mar 16 2024 04:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14632801 | Email/Text: Bankruptcy@Freedommortgage.com | Mar 16 2024 00:32:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14333251 | EDI: PRA.COM | Mar 16 2024 04:32:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14330385 | + Email/Text: bncmail@w-legal.com | Mar 16 2024 00:32:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

400, SEATTLE, WA 98121-3132

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

**Name**                    **Email Address**

ANDREW L. SPIVACK
　　　　on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DANIEL P. JONES
　　　　on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

MARIO J. HANYON
　　　　on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
　　　　on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

MICHAEL PATRICK FARRINGTON
　　　　on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

ROBERT GLAZER
　　　　on behalf of Joint Debtor Carol L. Ressler usbcglazer@gmail.com

ROBERT GLAZER
　　　　on behalf of Debtor Richard A. Ressler  Jr. usbcglazer@gmail.com

ROLANDO RAMOS-CARDONA
　　　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
　　　　ECFMail@ReadingCh13.com

Scott F Waterman
　　　　on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
　　　　on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC tomysong0@gmail.com

United States Trustee
　　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard A. Ressler Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5906<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Carol L. Ressler<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4425<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   19–11763–pmm

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard A. Ressler Jr.        Carol L. Ressler
aka Richard Ressler Jr., aka Richard A. Ressler   aka Carol Ressler

3/14/24

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W          **Chapter 13 Discharge**          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**